SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2019
MARCH 3, 2020  SESSION


FILED
MAR - 3 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.    CRIMINAL NO. 3:20-00047
      18 U.S.C. § 922(g)(1)
      18 U.S.C. § 924(a)(2)

JUSTIN J. MONROE

**I N D I C T M E N T**
(Felon In Possession of a Firearm)

The Grand Jury Charges:

1. On or about September 20, 2019, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia, defendant JUSTIN J. MONROE did knowingly possess a firearm, that is, a Glock, model 23, .40 caliber pistol, in and affecting interstate commerce.

2. At the time defendant JUSTIN J. MONROE possessed the aforesaid firearm, he knew he had been convicted of the following crimes, which were each punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is:

   a. Convicted on or about February 7, 2007, in the Circuit Court of Raleigh County, West Virginia, Case No. 07-F-107-B,

of delivery of a controlled substance, to-wit, cocaine base, a Schedule II controlled substance, in violation of W. Va. Code § 60A-4-401; and

b.  Convicted on or about February 24, 2012, in the Circuit Court of Raleigh County, West Virginia, Case No. 11-F-270-K, of attempt to commit a felony, in violation of W. Va. Code § 61-11-8.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                          MICHAEL B. STUART
                          United States Attorney

            By: _____
                  NEGAR M. KORDESTANI
                  Assistant United States Attorney